G. ROXANNE ELINGS (*pro hac vice pending*)
   roxanneelings@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

ADAM S. SIEFF (CA Bar No. 302030)
   adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Plaintiffs
GARAN, INC. and GARAN SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARAN, INC. and GARAN SERVICES CORPORATION,<br><br>                                    Plaintiffs,<br><br>          vs.<br><br>GRIZZLY PEAK FARMS, LLC,<br><br>                                    Defendant. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) Trademark Dilution in Violation of 15 U.S.C. § 1125(c);**<br><br>**(2) Trademark Dilution in Violation of Cal. Bus. & Prof. Code § 14247;**<br><br>**(3) Unfair Competition in Violation of Cal. Bus. & Prof. Code §§ 17200,** *et seq.*<br><br>**JURY TRIAL DEMANDED** |

COMPLAINT FOR
TRADEMARK DILUTION

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

Plaintiffs Garan, Inc. and Garan Services Corp. (collectively, "Garan" or "Plaintiffs"), for their complaint against defendant Grizzly Peak Farms, LLC ("Defendant"), allege as follows:

## PRELIMINARY STATEMENT

1.      The GARANIMALS brand has been a fixture in American culture since the early 1970s, when Garan first coined the fanciful and arbitrary GARANIMALS trademark. GARANIMALS was founded on a simple but unique concept: to help parents affordably dress their young children in comfortable clothing that is easy to mix and match. The GARANIMALS brand is sold through more than 4,700 Walmart stores across the United States, where 90 percent of the population resides within 10 miles of a Walmart store.

2.      Defendant is using the fanciful and arbitrary GARANIMALS trademark to advertise, promote, distribute, import/export, offer for sale and/or sell cannabis-derived goods under a "Garanimals" name (see images below).  These products are illegal for most uses in most states. Defendant's use thus tarnishes Garan's goodwill and reputation—as well as the innocent and wholesome nature associated with the GARANIMALS brand (which is child and family friendly)— and also blurs and weakens the public's association of the GARANIMALS brand and GARANIMALS Marks with GARANIMALS products.  In both respects, Defendant's use actually impairs the distinctive character and reputation of the GARANIMALS Marks in violation of, *inter alia*, Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c), and various state and common laws.

 

3.      Garan has suffered actual damages as a result of Defendant's unpermitted use, and unless Defendant is enjoined, will continue to suffer the same.  Garan accordingly files this action pursuant to Section 43(c)(1) and 15 U.S.C. § 1125 (c)(1) to enjoin and recover damages and

COMPLAINT FOR
TRADEMARK DILUTION

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

restitution from Defendant's adoption and unpermitted use of the GARANIMAL trademark in connection with the sale of cannabis and cannabis-related products.

## PARTIES

4.     Plaintiff Garan, Incorporated is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 200 Madison Avenue, New York, New York 10016.

5.     Plaintiff Garan Services Corporation is a wholly owned subsidiary of Garan, Incorporated and is organized and existing under the laws of the State of Delaware, with its principal place of business located at 200 Madison Avenue, New York, New York 10016.

6.     Defendant Grizzly Peak Farms, LLC is a limited liability company organized and existing under the laws of the State of California, with its principal place of business located at 200 Hegenberger Road, Oakland, California 94621.

## JURISDICTION AND VENUE

7.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1338(a), 28 U.S.C. § 1338(b), 15 U.S.C. § 1121(a), and 28 U.S.C. § 1367.

8.     This Court has personal jurisdiction over Defendant because Defendant conducts business in this district and jurisdiction. Personal jurisdiction is also proper over Defendant because Defendant distribute, manufacture, advertise, promote, market, offer for sale and sell cannabis goods under the infringing GARANIMAL Mark and otherwise conduct business in California, including in this judicial district, resulting in injury to Garan in California, including in this district.

9.     Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) because, among other reasons, a substantial part of the events giving rise to the claims alleged occurred in this district and further, on information and belief, Defendant transacts business within this district and distribute, manufacture, advertise, promote, market, offer for sale and sell goods in this district in a manner that dilutes and tarnishes Garan's trademark rights.  Venue is also proper pursuant to 28 U.S.C. § 1391(d), as Defendant's contacts with this district would be sufficient to establish personal jurisdiction within this district were it its own state.

COMPLAINT FOR
TRADEMARK DILUTION

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

# FACTS COMMON TO ALL CLAIMS

## A.     The Garanimals Brand

10.     The GARANIMALS brand has been a fixture in American culture since the early 1970s, when Garan first coined the fanciful and arbitrary trademark. Since then, Garan has continuously used GARANIMALS alone or in combination with other words and/or designs, many of which are federally registered (collectively, the "GARANIMALS Marks") to distribute, market, advertise, promote, offer for sale and/or sell children's apparel, including hosiery, undergarments, outerwear and sleepwear; footwear; headwear, including hats and caps; books; bedding; games and toys (including "plush", bath, and learning toys) ("GARANIMALS Products") to parents and grandparents for use by their children and grandchildren.

11.     The GARANIMALS brand quickly gained recognition for its innovative system of using animal hang-tags to help with the selection of clothes at the point-of-sale and sewn-in animal labels to assist children with mixing and matching tops and bottoms.

12.     The brand loyalty that GARANIMALS first cemented in the 1970s and 1980s has persisted over several generations as children and grandchildren who grew up wearing GARANIMALS Products now buy GARANIMALS Products for their own children and grandchildren.

13.     Now, close to fifty years since its inception, GARANIMALS is one of the most famous trademarks in the United States. This is in large part due to Garan's significant investment in the national distribution, promotion and advertisement of the GARANIMALS brand and the uniqueness of the GARANIMALS tagging system which led to its ubiquitous place in the American vocabulary.

14.     Since 2007, Garan has invested tens of millions of dollars to market and advertise the GARANIMALS brand. Garan has consistently marketed the GARANIMALS brand on multiple platforms such as mail, print (*Parents*, *American Baby* and *People en Español*), television (network and cable channels including ABC Family, Animal Planet, Discovery, MTV, Bravo, Fuse, WE, VH1, CMTV, E!, Lifetime, POP and 23 Spanish-language networks such as Univision, Telemundo, and ESPNDeportes), and social media (Facebook, Instagram and YouTube).

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

15.     The GARANIMALS Products are frequently featured on Walmart's social media accounts as well as its own. In 2019, Garan's Facebook advertising around the GARANIMALS brand reached more than 10 million people and resulted in more than 35 million impressions (i.e., the number of people reached through additional engagement).

16.     Today, GARANIMALS is sold through Walmart, the largest retailer in the United States, with over 4,700 stores nationwide and through its website (walmart.com). GARANIMALS is also marketed through the GARANIMALS website at www.garanimals.com (where the consumer is redirected to the Walmart website).

17.     GARANIMALS popularity has translated into significant retail sales of more than $4,000,000,000 during the last five years alone, representing a significant market share.

18.     Based on the longevity in popularity and success of GARANIMALS, it is no surprise that the brand is an integral part of American culture and enjoys a high degree of recognition nationally.

19.     As an example, the NPD Group, a market research company, recently found that the GARANIMALS brand ranks second in brand awareness among the general adult population in connection with children's clothing brands, ahead of vertically integrated competitors with their own brick and mortar stores such as Old Navy, Children's Place and Baby Gap.

20.     GARANIMALS popularity and fame is reflected by the high degree of unsolicited media attention it has received, including at *The Academy Awards Show*, *The Tonight Show with Jimmy Fallon*, *Saturday Night Live*, *Glee*, *Shameless*, and in connection with news stories covering everything from fashion to pop culture to politics, as reported in *The Wall Street Journal*, *Newsweek*, *Entertainment Weekly*, *The Washington Post*, *GQ* and *The New York Times*. GARANIMALS has been connected to and/or mentioned by prominent  American cultural figures, including President Joe Biden, and celebrities Ryan Seacrest, Ryan Gosling, Zach Galifianakis, and Bryan Cranston; become synonymous with a system of mixing and matching separates; been credited as the inspiration for many fashion start-ups and trends; mentioned in several books and featured in at least one book on popular culture, *From ABBA to Zoom: A Pop Culture Encyclopedia of the Late 20th Century*, by David Mansaur; featured in the award-winning and iconic *Dilbert*

COMPLAINT FOR
TRADEMARK DILUTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

comic strip; featured in the *NY Times* crossword puzzle; and, on a plethora of other occasions, has been the subject of various political and other popular and well-known internet memes.

21.   Because of its longevity of continuous use, extensive advertising, nationwide distribution, and high volume of sales of GARANIMALS Products, GARANIMALS Marks are famous and widely recognized by consumers throughout the United States. Accordingly, the GARANIMALS Marks enjoys substantial recognition and goodwill.

**B.   The Garanimals Marks**

22.   In addition to being famous, the GARANIMALS Marks are distinctive.

23.   The GARANIMALS Marks are coined, fanciful and arbitrary, and many of the GARANIMALS Marks are registered under Section 2(f), indicating that the GARANIMALS Marks have achieved acquired distinctiveness.

24.   Garan holds trademark applications and registrations for the GARANIMALS Marks throughout the world, more than 30 in the United States alone, including GARANIMALS, GARANIMAL, GARANIMALS EVERYDAY, GARANIMALS READING ZOO, 365 KIDS FROM GARANIMALS. *See* **Exhibit A**.  Garan's earliest trademark registrations date from the 1970s and 1980s, and include additional applications from as recently as 2020.

25.   Many of Garan's federal registrations of its GARANIMALS Marks are incontestable within the meaning of Section 15 of the Lanham Act, 15 U.S.C. § 1065, and constitute conclusive evidence that the marks are valid and that Garan is entitled to exclusive use of the GARANIMALS Marks in commerce throughout the United States in connection with the goods related thereto.

**C.   Defendant's Use of the Garanimals Mark**

26.   Decades after the GARANIMALS marks acquired their distinction and fame, Defendant began to use (and still continue to use) the GARANIMALS Marks in connection with the commercial distribution and sale of cannabis and cannabis-related products in markets within the State of California, including counties located within this judicial district.

27.   Defendant's use of the GARANIMALS Marks in connection with cannabis products tarnishes and blurs, and thus dilutes, the GARANIMALS brand.  The GARANIMALS brand is a

COMPLAINT FOR
TRADEMARK DILUTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

wholesome, family-oriented children's brand. Consumers associate GARANIMALS-branded products—which can be mixed, matched, and collected—with the playful, whimsical innocence of childhood. The value of a GARANIMALS product, as distinguished from other children's clothes and toys, derives from these associated feelings and impressions, as well as the memories GARANIMALS have made with American consumers across their lives during the past 50 years. GARANIMALS relies upon these connections to market and sell products, and to develop new products that will appeal to these same sentiments and establish future generations of loyal customers.

28. By impermissibly using the GARANIMALS Marks to sell cannabis-derived products that are controversial and in some cases illegal, Defendant tarnishes and damages the reputation of the GARANIMALS brand by affiliating it with products and conduct that are inconsistent with the wholesome, playful, innocent, and family-friendly sentiments that underlie the GARANIMALS brand, and that provide GARANIMALS products with a significant portion of their market value.

29. Defendant's impermissible use of the GARANIMALS Marks also harms Garan by multiplying the meanings associated with the GARANIMALS Marks, and, as a result, weakening the GARANIMALS Marks' ability to evoke their original associations. Consumers who become familiar with "Garanimals" as a cannabis-related product will less readily associate the GARANIMALS Marks with the GARANIMALS brand of children's apparel and toys, and the sentiments that Garan relies upon to market and sell its products.

30. In both of these respects, Defendant's use impairs the distinctiveness of the GARANIMALS Marks, diminishing the value of Garan's interests in the GARANIMALS Marks, and causing Garan to suffer lost revenues and other damages.

## FIRST CLAIM FOR RELIEF
### (Trademark Dilution)
### 15 U.S.C. § 1125(c)

31. Garan realleges and incorporates by reference the allegations in paragraphs 1 through 30, as if set forth fully herein.

COMPLAINT FOR
TRADEMARK DILUTION

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

32.     Because of the high degree of distinctiveness of the GARANIMALS Marks, the nearly fifty years of continuous use of the GARANIMALS Marks by Garan, the vast publicity the GARANIMALS Marks has received, the extent to which the GARANIMALS Marks is used nationally and the high degree of consumer recognition of the GARANIMALS Marks, the GARANIMALS Marks is and has become famous pursuant to 15 U.S.C. § 1125(c).

33.     Garan's use of GARANIMALS began at least as early as 1972, when Garan registered the first of the GARANIMALS Marks.

34.     Defendant's unpermitted use of the GARANIMALS Marks tarnishes Garan's goodwill and reputation associated with the GARANIMALS brand as child and family friendly. Defendant's unpermitted use of the GARANIMALS Marks, in connection with cannabis products, also weakens the GARANIMALS Marks' ability to evoke their original associations, and thus blurs their meaning.

35.     Garan accordingly has been and will continue to be damaged by Defendant's use of the GARANIMALS Marks.

36.     Garan is entitled to recover damages as provided by Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a) and is further entitled to injunctive relief under 15 U.S.C. § 1116(a) to prevent Defendant's use of the GARANIMALS Marks in connection with cannabis and cannabis-related goods.

**SECOND CLAIM FOR RELIEF**
**(Trademark Dilution under California Law)**
**California Business & Professions Code § 14247**

37.     Garan realleges and incorporates by reference the allegations in paragraphs 1 through 36, as if set forth fully herein.

38.     The GARANIMALS Marks are widely recognized by the general consuming public of this state, or by a geographic area of this state, as a designation of source of the goods or services of the mark's owner.

39.     Defendant's use GARANIMALS Marks as an ornament, decoration, garnishment, or embellishment on or in connection with cannabis or cannabis-related products, for the purpose

COMPLAINT FOR
TRADEMARK DILUTION

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

of enhancing the commercial value of, or selling or soliciting purchases of, cannabis and/or cannabis-related products, without prior consent of the owner of the mark.

40.     Garan is entitled to an injunction against Defendant's commercial use of the GARANIMALS Marks pursuant to California Business and Professions Code § 14247(b).

## THIRD CLAIM FOR RELIEF
### (California Unfair Competition)
### California Business & Professions Code § 17200

41.     Garan realleges and incorporates by reference the allegations in paragraphs 1 through 40, as if set forth fully herein.

42.     Defendant's unpermitted use of the GARANIMALS Marks to market, sell, and/or distribute cannabis-related products constitutes a business practice pursuant to California Business and Professions Code § 17200.

43.     Defendant's unpermitted use of the GARANIMALS Marks to market, sell, and/or distribute cannabis-related products violates federal and state trademark laws, as alleged above.

44.     Defendant's unpermitted use of the GARANIMALS Marks to market, sell, and/or distribute cannabis-related products has diminished the value of Garan's interests in the GARANIMALS Marks, and caused Garan to suffer lost revenues.

45.     Garan is accordingly entitled to restitution, injunctive relief, and attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Garan prays for entry of judgment ordering that:

1.     Defendant has diluted by tarnishment and blurring Plaintiffs' famous GARANIMALS Marks under § 43(c)(1) of the Federal Trademark Act, 15 U.S.C. § 1125(c)(1), as well as California Business and Professions Code § 14247.

2.     Defendant's conduct is an unlawful business practice prohibited by California Business and Professions Code § 17200.

3.     Defendant and each of its agents, employees, servants, attorneys, successors and assigns, and all others in privity or acting in concert therewith, shall be preliminarily and permanently enjoined from using any trademark, service mark, corporate name, domain name or other commercial indication of origin that consists of or incorporates the GARANIMALS Marks or

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

any other trademark, service mark, corporate name, or other commercial indication of origin that tarnishes, blurs, or diminishes the distinctive quality of the famous GARANIMALS Marks, or is otherwise contrary to law.

4.      Defendants shall be required to account for and pay monetary damages, including restitution, in amounts to be proven at trial.

5.      Plaintiffs shall be awarded their costs and attorneys' fees incurred in this action, along with any other relief that the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Garan demands a trial by jury of all the issues so triable.

DATED: December 6, 2021                           DAVIS WRIGHT TREMAINE LLP

By: /s/ Adam S. Sieff
                                                Adam S. Sieff

Attorneys for Plaintiffs
GARAN, INC. and
GARAN SERVICES CORP.

COMPLAINT FOR
TRADEMARK DILUTION

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

# EXHIBIT A

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|------|------------------------|------------------------|---------------------|
| EASY-PEASY BY GARANIMALS | **App** 97022900<br>**App** September 15, 2021 | | **IC 24** BATH LINEN; BED BLANKETS; BED LINEN; CRIB BUMPERS; HOUSEHOLD LINEN; SWADDLING BLANKETS. |
| EASY-PEASY BY GARANIMALS | **App** 97022387<br>**App** September 15, 2021 | | **IC 18** BACKPACKS; KNAPSACKS; UMBRELLAS; WALLETS; ALL-PURPOSE CARRYING BAGS; CHANGE PURSES; DUFFLE BAGS; FANNY PACKS; TOTE BAGS. |
| EASY-PEASY BY GARANIMALS | **App** 97022381<br>**App** September 15, 2021 | | **IC 25** FOOTWEAR; HEADWEAR; HOSIERY; SLEEPWEAR; BOTTOMS AS CLOTHING; TOPS AS CLOTHING. |
| GARANIMALS | **App** 90432856<br>**App** December 30, 2020 | | **IC 35** ON-LINE RETAIL STORE SERVICES FEATURING APPAREL, FOOTWEAR, CARRYING BAGS, HOUSEHOLD LINEN, TOYS, GAMES AND PUZZLES |
| GARANIMALS READING ZOO | **App** 90298646<br>**App** November 4, 2020 | | **IC 41** PROVIDING ONLINE INFORMATION IN THE FIELD OF EDUCATIONAL PUBLICATIONS ABOUT ANIMALS; PROVIDING ON-LINE NON-DOWNLOADABLE PUBLICATIONS, NAMELY, BOOKS, NEWSLETTERS AND MAGAZINES IN THE FIELD OF ANIMALS |
| 365 KIDS<br>FROM GARANIMALS | **App** 90298366<br>**App** November 4, 2020 | | **IC 9** SUNGLASSES<br>**IC 14** RINGS, BRACELETS, NECKLACES, JEWELRY BOXES<br>**IC 18** BAGS, NAMELY, SPORTS BAGS, BACKPACKS, PURSES, ALL-PURPOSE CARRYING BAGS, AND UMBRELLAS<br>**IC 25** HEADBANDS<br>**IC 26** BARRETTES AND HAIR CLIPS |
| GARANIMALS WE GO TOGETHER | **App** 88833017<br>**App** 13-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| GARANIMALS | **App** 88816999<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| 365 KIDS from GARANIMALS | **App** 88817010<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| 365KiDS from GARANIMALS | **App** 88817070<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| 365 KiDS from GARANIMALS | **App** 88817094<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| 365 KiDS from GARANIMALS | **App** 88817121<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| 365KiDS from GARANIMALS | **App** 88817137<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| GARANIMALS | **App** 88695065<br>**App** 16-NOV-2019 | | **INT. CL. 16** A SERIES OF CHILDREN'S BOOKS<br>**INT. CL. 18** ACCESSORIES, NAMELY, TOTE BAGS, BACKPACKS, FANNY PACKS, MESSENGER BAGS, HANDBAGS, WALLETS, KNAPSACKS, CHANGE PURSES, DUFFLE BAGS, BEACH BAGS, AND UMBRELLAS |
| 365 KiDS from garanimals | **App** 87898875<br>**App** 28-APR-2018 | **Reg** 5938926<br>**Reg** 17-DEC-2019 | **INT. CL. 25** CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN; CLOTHING, NAMELY, TOPS AND BOTTOMS |
| GARANIMAL CRIBSIES | **App** 86559641<br>**App** 10-MAR-2015 | **Reg** 5023392<br>**Reg** 16-AUG-2016 | **INT. CL. 25** INFANT BODYSUITS; INFANT ROMPER SUITS |
| CRIBSIES BY GARANIMALS | **App** 86559662<br>**App** 10-MAR-2015 | **Reg** 5023393<br>**Reg** 16-AUG-2016 | **INT. CL. 25** INFANT BODYSUITS; INFANT ROMPER SUITS |
| BABY BASICS FROM GARANIMALS | **App** 85847336<br>**App** 12-FEB-2013 | **Reg** 5041381<br>**Reg** 13-SEP-2016 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS |
| 365 KiDS From Garanimals | **App** 85822956<br>**App** 14-JAN-2013 | **Reg** 4573171<br>**Reg** 22-JUL-2014 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS |
| 365 KiDS From Garanimals | **App** 85822988<br>**App** 14-JAN-2013 | **Reg** 4889844<br>**Reg** 19-JAN-2016 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS |
| 365 KIDS FROM GARANIMALS | **App** 85980144<br>**App** 28-NOV-2012 | **Reg** 4430103<br>**Reg** 05-NOV-2013 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS, SWEATSHIRTS AND HOODIES; SLEEPWEAR |
| EVERYDAY GARANIMALS | **App** 85736972<br>**App** 24-SEP-2012 | **Reg** 4472043<br>**Reg** 21-JAN-2014 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS |
| GARANIMALS EVERYDAY | **App** 85736979<br>**App** 24-SEP-2012 | **Reg** 4467507<br>**Reg** 14-JAN-2014 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| Garanimals | **App** 85392470<br>**App** 08-AUG-2011 | **Reg** 4238802<br>**Reg** 06-NOV-2012 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS AND FOOTWEAR |
| Garanimals | **App** 85392495<br>**App** 08-AUG-2011 | **Reg** 4238803<br>**Reg** 06-NOV-2012 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS AND FOOTWEAR |
| GARANIMALS | **App** 85183797<br>**App** 23-NOV-2010 | **Reg** 4191352<br>**Reg** 14-AUG-2012 | **INT. CL. 16** CHILDREN'S BOOKS, CHILDREN'S ACTIVITY BOOKS, BOOKS THAT CAN BE USED IN THE BATH<br>**INT. CL. 24** BEDDING, NAMELY, BED SHEETS, COMFORTERS, BLANKETS, RECEIVING BLANKETS, PLUSH BLANKETS, FLANNEL BLANKETS, SWADDLE BLANKETS; THROWS, CRIB BUMPERS, BASSINET SHEETS, SHEET SAVERS, MATTRESS PADS, FABRIC VALANCES, FABRIC DIAPER STACKERS<br>**INT. CL. 25** FOOTWEAR; SHOES, ATHLETIC SHOES, SANDALS, SLIPPERS, HOSIERY, SOCKS, TIGHTS, LEG WARMERS, LEGGINGS; CHILDREN'S AND INFANTS' CLOTH BIBS |
| GARANIMALS BABY BASICS | **App** 77956700<br>**App** 11-MAR-2010 | **Reg** 4050024<br>**Reg** 01-NOV-2011 | **INT. CL. 24** CLOTHS, NAMELY, FACE CLOTHS, WASH CLOTHS; CHILDREN'S BLANKETS, RECEIVING BLANKETS AND HOODED TOWELS<br>**INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS, BABY BODYSUITS, GOWNS, SOCKS, HATS, MITTENS, BIBS NOT OF PAPER |
| GARANIMALS | **App** 77979530<br>**App** 18-SEP-2008 | **Reg** 3823199<br>**Reg** 20-JUL-2010 | **INT. CL. 28** TOYS, GAMES AND PLAYTHINGS, NAMELY, STUFFED TOYS, PLUSH TOYS, BEAN BAG PLUSH, PUPPETS, TOY PLASTIC FIGURES, PLASTIC PLAYSETS FOR USE IN THE BATH OR AT THE BEACH, PLASTIC PLAYSETS, NAMELY, PLASTIC SHAPE SORTERS, PLASTIC STACKING BLOCKS, LEARNING TOYS, PULL TOYS, MUSICAL TOYS, BOARD GAMES, CARD GAMES, MATCHING GAMES, PUZZLES, TOY BUILDING BLOCKS, TOY SOFT BLOCKS |
| GARANIMALS | **App** 77570759<br>**App** 16-SEP-2008 | **Reg** 3803956<br>**Reg** 15-JUN-2010 | **INT. CL. 25** FOOTWEAR |
| Garanimals | **App** 77981916<br>**App** 19-SEP-2007 | **Reg** 3994760<br>**Reg** 12-JUL-2011 | **INT. CL. 25** SWEATERS, JEANS, BATHING SUITS, SWIMWEAR, SLEEPWEAR, LEOTARDS, TIGHTS, ROMPERS, UNDERWEAR, HOSIERY |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| Garanimals | **App** 77978022<br>**App** 19-SEP-2007 | **Reg** 3706928<br>**Reg** 03-NOV-2009 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS, SWEATSHIRTS, PANTS, JEANS, SWEATPANTS, SHORTS, LEGGINGS, CAPRIS, DRESSES, HOODS, CREEPERS; AND FOOTWEAR, NAMELY, SHOES, BOOTS, SANDALS, SNEAKERS |
| Garanimals | **App** 73561825<br>**App** 07-OCT-1985 | **Reg** 1393357<br>**Reg** 13-MAY-1986 | **INT. CL. 25** CLOTHING, NAMELY, SHIRTS, PANTS, TOPS, SHORTS, SKIRTS, DRESSES, SUNDRESSES |
| GARANIMALS | **App** 73561869<br>**App** 07-OCT-1985 | **Reg** 1393358<br>**Reg** 13-MAY-1986 | **INT. CL. 25** CLOTHING, NAMELY, SHIRTS, PANTS, TOPS, SHORTS, SLEEPWEAR AND HOSIERY |
| Garanimals | **App** 73250046<br>**App** 13-FEB-1980 | **Reg** 1162044<br>**Reg** 21-JUL-1981 | **INT. CL. 25** CLOTHING, NAMELY, PANTS, TOPS, COVERALLS, OVERALLS, SUN SUITS, JUMPERS, SMOCKS, SHIRTS, BLOUSES, SHORTS, SKIRTS AND JEANS |
| GARANIMAL | **App** 72422254<br>**App** 24-APR-1972 | **Reg** 0954125<br>**Reg** 27-FEB-1973 | **U.S. CL. 39** CHILDREN'S SHIRTS AND PANTS |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| | **App** 87898875<br>**App** 28-APR-2018 | **Reg** 5938926<br>**Reg** 17-DEC-2019 | **INT. CL. 25** CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN; CLOTHING, NAMELY, TOPS AND BOTTOMS |
| GARANIMAL CRIBSIES | **App** 86559641<br>**App** 10-MAR-2015 | **Reg** 5023392<br>**Reg** 16-AUG-2016 | **INT. CL. 25** INFANT BODYSUITS; INFANT ROMPER SUITS |
| CRIBSIES BY GARANIMALS | **App** 86559662<br>**App** 10-MAR-2015 | **Reg** 5023393<br>**Reg** 16-AUG-2016 | **INT. CL. 25** INFANT BODYSUITS; INFANT ROMPER SUITS |
| BABY BASICS FROM GARANIMALS | **App** 85847336<br>**App** 12-FEB-2013 | **Reg** 5041381<br>**Reg** 13-SEP-2016 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS |
| | **App** 85822956<br>**App** 14-JAN-2013 | **Reg** 4573171<br>**Reg** 22-JUL-2014 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS |
| | **App** 85822988<br>**App** 14-JAN-2013 | **Reg** 4889844<br>**Reg** 19-JAN-2016 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS |
| 365 KIDS FROM GARANIMALS | **App** 85980144<br>**App** 28-NOV-2012 | **Reg** 4430103<br>**Reg** 05-NOV-2013 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS, SWEATSHIRTS AND HOODIES; SLEEPWEAR |
| EVERYDAY GARANIMALS | **App** 85736972<br>**App** 24-SEP-2012 | **Reg** 4472043<br>**Reg** 21-JAN-2014 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS |
| GARANIMALS EVERYDAY | **App** 85736979<br>**App** 24-SEP-2012 | **Reg** 4467507<br>**Reg** 14-JAN-2014 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS |
| Garanimals | **App** 85392470<br>**App** 08-AUG-2011 | **Reg** 4238802<br>**Reg** 06-NOV-2012 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS AND FOOTWEAR |
| Garanimals | **App** 85392495<br>**App** 08-AUG-2011 | **Reg** 4238803<br>**Reg** 06-NOV-2012 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS AND FOOTWEAR |
| GARANIMALS | **App** 85183797<br>**App** 23-NOV-2010 | **Reg** 4191352<br>**Reg** 14-AUG-2012 | **INT. CL. 16** CHILDREN'S BOOKS, CHILDREN'S ACTIVITY BOOKS, BOOKS THAT CAN BE USED IN THE BATH<br>**INT. CL. 24** BEDDING, NAMELY, BED SHEETS, COMFORTERS, BLANKETS, RECEIVING BLANKETS, PLUSH BLANKETS, FLANNEL BLANKETS, SWADDLE BLANKETS; THROWS, CRIB BUMPERS, BASSINET SHEETS, SHEET |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
|  |  |  | SAVERS, MATTRESS PADS, FABRIC VALANCES, FABRIC DIAPER STACKERS<br>**INT. CL. 25** FOOTWEAR; SHOES, ATHLETIC SHOES, SANDALS, SLIPPERS, HOSIERY, SOCKS, TIGHTS, LEG WARMERS, LEGGINGS; CHILDREN'S AND INFANTS' CLOTH BIBS |
| GARANIMALS BABY BASICS | **App** 77956700<br>**App** 11-MAR-2010 | **Reg** 4050024<br>**Reg** 01-NOV-2011 | **INT. CL. 24** CLOTHS, NAMELY, FACE CLOTHS, WASH CLOTHS; CHILDREN'S BLANKETS, RECEIVING BLANKETS AND HOODED TOWELS<br>**INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS, BABY BODYSUITS, GOWNS, SOCKS, HATS, MITTENS, BIBS NOT OF PAPER |
| GARANIMALS | **App** 77979530<br>**App** 18-SEP-2008 | **Reg** 3823199<br>**Reg** 20-JUL-2010 | **INT. CL. 28** TOYS, GAMES AND PLAYTHINGS, NAMELY, STUFFED TOYS, PLUSH TOYS, BEAN BAG PLUSH, PUPPETS, TOY PLASTIC FIGURES, PLASTIC PLAYSETS FOR USE IN THE BATH OR AT THE BEACH, PLASTIC PLAYSETS, NAMELY, PLASTIC SHAPE SORTERS, PLASTIC STACKING BLOCKS, LEARNING TOYS, PULL TOYS, MUSICAL TOYS, BOARD GAMES, CARD GAMES, MATCHING GAMES, PUZZLES, TOY BUILDING BLOCKS, TOY SOFT BLOCKS |
| GARANIMALS | **App** 77570759<br>**App** 16-SEP-2008 | **Reg** 3803956<br>**Reg** 15-JUN-2010 | **INT. CL. 25** FOOTWEAR |
| Garanimals | **App** 77981916<br>**App** 19-SEP-2007 | **Reg** 3994760<br>**Reg** 12-JUL-2011 | **INT. CL. 25** SWEATERS, JEANS, BATHING SUITS, SWIMWEAR, SLEEPWEAR, LEOTARDS, TIGHTS, ROMPERS, UNDERWEAR, HOSIERY |
| Garanimals | **App** 77978022<br>**App** 19-SEP-2007 | **Reg** 3706928<br>**Reg** 03-NOV-2009 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS, SWEATSHIRTS, PANTS, JEANS, SWEATPANTS, SHORTS, LEGGINGS, CAPRIS, DRESSES, HOODS, CREEPERS; AND FOOTWEAR, NAMELY, SHOES, BOOTS, SANDALS, SNEAKERS |
| Garanimals | **App** 73561825<br>**App** 07-OCT-1985 | **Reg** 1393357<br>**Reg** 13-MAY-1986 | **INT. CL. 25** CLOTHING, NAMELY, SHIRTS, PANTS, TOPS, SHORTS, SKIRTS, DRESSES, SUNDRESSES |
| GARANIMALS | **App** 73561869<br>**App** 07-OCT-1985 | **Reg** 1393358<br>**Reg** 13-MAY-1986 | **INT. CL. 25** CLOTHING, NAMELY, SHIRTS, PANTS, TOPS, SHORTS, SLEEPWEAR AND HOSIERY |
| Garanimals | **App** 73250046<br>**App** 13-FEB-1980 | **Reg** 1162044<br>**Reg** 21-JUL-1981 | **INT. CL. 25** CLOTHING, NAMELY, PANTS, TOPS, COVERALLS, OVERALLS, SUN SUITS, JUMPERS, SMOCKS, SHIRTS, BLOUSES, SHORTS, SKIRTS AND JEANS |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| GARANIMAL | **App** 72422254<br>**App** 24-APR-1972 | **Reg** 0954125<br>**Reg** 27-FEB-1973 | **U.S. CL. 39** CHILDREN'S SHIRTS AND PANTS |